## M. D. NOBLE AND E. T. NOBLE v. S. R. DOWELL.

AT the February Term, 1878, of the district court of Brown county, *Dowell* as plaintiff had judgment against *M. D. Noble* and *E. T. Noble* as defendants, who bring the case here.

*James Falloon*, for plaintiffs in error.

*Killey & May*, and *W. J. Richardson*, for defendant in error.

*Per Curiam:* The judgment in this case will be affirmed, on the authority of the case of *Williams v. Elliott,* 17 Kas. 523.